# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| DANIELLE ACKER, | ) | Case No. 8:17CV106 |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| UNION PACIFIC RAILROAD COMPANY, | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the court by Jason W. Grams, counsel for Defendant,

**IT IS ORDERED:**

1. On or before **July 7, 2017,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge John M. Gerrard at Gerrard@ned.uscourts.gov, a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated: June 7, 2017.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge